FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 FEB -8 PM 4: 21

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

In re:

**Tami Jean Hensley**
SSN: XXX-XX-5036

Debtor(s)

Case No. 08-24544 JAB
Chapter 7

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On February 3, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



T\HensleyNoticeofPymtSmDividends                    1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 4. | Matthew Brinkerhoff<br>Bountiful Dental Care | 469 E. Medical Drive # 108 | $4.27 |

3. These funds are on deposit in Bank of America, account number 4437271563.

4. A check in the amount of Four Dollars and Twenty-Seven ($4.27), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** this 8th day of February, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Tami Jean Hensley
1525 North Main St # 218
Bountiful, UT 84010

Perry Alan Bsharah
Bsharah Law Group
231 East 400 South, Ste. 350
Salt Lake City, UT 84111-2831

*[signature]*

Date: 02/08/10

Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-24544 - Hensley, Tami Jean

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Matthew Brinkerhoff**<br>**Bountiful Dental Care**<br>**469 E. Medical Drive #108**<br>**Bountiful, UT 84010-8917** | 000004 | 117.28 | 4.27 |
| ---------- Remittance Total --------------- | | 117.28 | 4.27 |

**Elizabeth R. Loveridge, Trustee**

COURTI

Printed: 02/08/10 10:39 AM    Ver: 15.06b